UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: Ex Parte Application of Tracey Amon                    22 civ 10248 (JGK)
------------------------------------------------------------X

## ORDER

The Court has received a petition to obtain discovery for use in a foreign tribunal,

pursuant to 28 USC 782.

Any response to the petition shall be filed by **February 15, 2023.**  Any replies to the

response shall be filed by **March 8, 2023.**

**The applicant/petitioner shall serve a copy of this order, plus the petition, on all**

**respondents, immediately upon receipt of this order.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 19, 2023