USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: *Ex parte* Application of Tracey Amon

1:22-cv-10248 (JGK) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, January 26, 2023, at 10:00 a.m. EST to address the Petition filed in this case. No later than Monday, January 23, 2023, Petitioner's counsel shall transmit a copy of this Order to the individuals and entity set forth in paragraph 28 of the *Ex Parte* Application (ECF No. 1) via Federal Express and/or electronic mail. Petitioner's counsel and anyone else wishing to participate in the telephone conference shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 at the scheduled time.

**SO ORDERED.**

Dated:   New York, New York
         January 20, 2023

_____
STEWART D. AARON
United States Magistrate Judge