UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: EX PARTE APPLICATION OF TRACEY AMON,     22 civ 10248 (JGK)
-----------------------------------------------------------X

## ORDER

Magistrate Judge Stewart D. Aaron, having granted the petitioner's application to serve the subpoena on January 26, 2023,

The Clerk is directed to close this case.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 31, 2023