```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re Ex Parte* Application of Tracey Amon for an Order to Obtain Discovery for Use in Foreign Proceedings

1:22-cv-10248 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on March 18, 2024, Applicant Tracey Amon ("Amon") filed a Letter Motion to compel American Express Company, Inc. ("American Express") to produce documents (Amon 3/18/24 Ltr. Mot., ECF No. 12); and

WHEREAS, on March 18, 2024, this Court entered a Memo Endorsement requiring that American Express respond to the Letter Motion no later than March 27, 2024 (3/18/24 Mem. End., ECF No. 13); and

WHEREAS, no response has yet been filed to the ECF docket by American Express; and

WHEREAS, the Court has been advised by counsel for Amon that he received a response from American Express and that "the parties are talking."

NOW, THEREFORE, it is hereby ORDERED, that, unless a consensual resolution has been reached by April 5, 2024, American Express shall file a written response to the ECF docket no later than April 5, 2024. It is further ORDERED that counsel for Amon promptly shall serve a copy of this Order upon American Express.

**SO ORDERED.**

DATED:   New York, New York
         March 28, 2024

_____
STEWART D. AARON
United States Magistrate Judge