```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED:  04/09/2024         │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In Re:** *Ex Parte* **Application of Tracey Amon**

---

**1:22-cv-10248 (JGK) (SDA)**

**ORDER TO SHOW CAUSE**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, Petitioner Tracey Amon ("Amon") filed an *Ex Parte* Application for Order to Obtain Discovery Pursuant to 28 U.S.C § 1782, dated December 2, 2022 (Application, ECF No. 1); and

WHEREAS, on January 26, 2023, the Court granted the Application and authorized the issuance of a subpoena upon Respondent American Express Company ("American Express") (1/26/23 Order, ECF No. 10); and

WHEREAS, the January 26, 2023 Order directed American Express "to respond to such subpoena pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court" and stated that American Express "may assert any objection it deems appropriate" (*see id*. ¶ 4); and

WHEREAS, on February 10, 2023, Amon caused the subpoena to be served on American Express (Pet.'s 3/18/24 Ltr. Mot., ECF No. 12, at 1); and

WHEREAS, on March 18, 2024, Amon filed a motion to compel American Express to produce documents pursuant to the subpoena (3/18/24 Ltr. Mot. at 4); and

WHEREAS, on March 18, 2024, the Court directed American Express to respond to Amon's Letter Motion no later than March 27, 2024 (3/18/24 Mem. End., ECF No. 13); and

WHEREAS, on March 18, 2024, counsel for Amon advised the Court that he had received a response from American Express and that "the parties are talking" (3/28/24 Order, ECF No. 15); and

WHEREAS, on March 28, 2024, the Court entered an Order directing that, unless a consensual resolution had been reached by April 5, 2024, American Express was to file a written response to the ECF docket no later than April 5, 2024 (*see id*.); and

WHEREAS, American Express failed to file any response to the ECF docket on or after April 5, 2024; and

WHEREAS, on April 6, 2024, the Court entered a Text Only Order requiring counsel for Amon, no later than April 12, 2024, to file a letter stating whether the issues raised in the Letter Motion filed at ECF No. 12 had been resolved and, if not, stating the issues that remain open (4/6/24 Order, ECF No. 17); and

WHEREAS, on April 8, 2024, counsel for Amon filed a letter "request[ing] that American Express be ordered to provide an excuse for its failure to abide by this Court's Orders of March 18, 2024 and March 28, 2024" (Pet. 4/8/24 Ltr., ECF No. 18, at 2).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1.    No later than April 22, 2024, American Express shall show cause in a writing filed to the ECF docket why it should not be sanctioned for failing to comply with the prior Orders issued by this Court.

2.    Counsel for American Express and counsel for Amon shall appear for an in-person conference on Thursday, April 25, 2024 at 2 p.m., in Courtroom 11C, 500 Pearl Street, New York, New York 10007, to address the pending Letter Motion (ECF No. 12).

3.    No later than April 10, 2024, counsel for Amon shall serve a copy of this Order upon American Express.

The undersigned's Chambers shall email a copy of this Order to American Express Attorney Stacia McCray (*see* McCray 4/5/24 Email, ECF No. 18-2), as well as to Laureen E. Seeger, Esq., the Chief Legal Officer for American Express (laureen.e.seeger@aexp.com).

**SO ORDERED.**

DATED:      New York, New York
            April 9, 2024

_____
STEWART D. AARON
United States Magistrate Judge